IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACADEMY HILL, INC.,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **CITY OF LAMBERTVILLE,** *et al.*, <br><br> *Defendants*. | Case No. 2:21-cv-01966-JDW |

## ORDER

**AND NOW**, this 28th day of May 2021, upon consideration of the pleadings and responses to the Court's Order to Show Cause, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that this matter is **TRANSFERRED** to the District of New Jersey for further proceedings, pursuant to 28 U.S.C. § 1406.

                                                    **BY THE COURT:**

                                                    */s/ Joshua D. Wolson*
                                                    JOSHUA D. WOLSON, J.